■ In the Matter of ALLAIN M., Petitioner, v IRA H. MARGULIS, a Justice of the Supreme Court, Queens County, et al., Respondents. [51 NYS3d 421]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to prohibit the respondents from enforcing a provision of an order of the Supreme Court, Queens County, and in the nature of mandamus to compel Ira H. Margulis, a Justice of the Supreme Court, Queens County, to issue an amended order.

Adjudged that the proceeding is dismissed as academic, without costs or disbursements.

This proceeding has been rendered academic in light of a subsequent order of the Supreme Court, Queens County, which vacated the order that is the subject of this proceeding. This case does not present an exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 716-717 [1980]). Accordingly, the proceeding must be dismissed. Mastro, J.P., Leventhal, Barros and Brathwaite Nelson, JJ., concur.